**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Holding a Criminal Term

Grand Jury Sworn in on May 7, 2012

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **RODNEY CLASS,** | : | **VIOLATIONS:** |
| | : | **40 U.S.C. § 5104(e)(1)** |
| Defendant. | : | **(Unlawful Possession of a Firearm on** |
| | : | **Capitol Grounds or Buildings)** |
| | : | **22 D.C. Code § 4504(a) (2001 ed.)** |
| | : | **(Carrying a Pistol (Outside Home or** |
| | : | **Place of Business))** |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about May 30, 2013, within the District of Columbia, **RODNEY CLASS**, did carry on or have readily accessible, firearms, that is, a Taurus .44 caliber pistol, a Ruger LC9 9mm pistol, and a Henry Arms .44 caliber rifle, on the United States Capitol Grounds or in any of the Capitol Buildings.

(**Unlawful Possession of a Firearm on Capitol Grounds or Buildings**, in violation of Title 40, United States Code, Section 5104(e)(1))

## COUNT TWO

On or about May 30, 2013, within the District of Columbia, **RODNEY CLASS**, did carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a pistol.

(**Carrying a Pistol (Outside Home or Place of Business)**), in violation of, 22 D.C. Code, Section 4504(a) (2001 ed.))

A TRUE BILL:


FOREPERSON.



Attorney of the United States in
and for the District of Columbia.