UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

UNITED STATES OF AMERICA

**CASE # 1:13 cr 00253**

NO KNOWN ADDRESS
ENTITY UNDISCLOSED

# FILED

MAR 2 6 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

      Wrongdoer
      Fictitious, Foreign Plaintiff

VS

Title 28, Ch. 5, District Court, § 88 District of Columbia
Constitutional Article III Court
Judge Gladys Kessler

RODNEY DALE CLASS (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077

Rodney-Dale; Class
Private Attorney General
432 North Lincoln St.
High Shoals, North Carolina
American National

      Third Party of Interest and Real Party of Interest,
      By Congressional Act Private Attorney General,
      Constitutional Bounty Hunter

## COVER SHEET FOR ADDRESSES OF PARTIES

Leave to file granted—
g. Kesler — 3/26/14

RECEIVED
Mail Room

MAR 1 9 2014

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Page 1 of 15

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001


UNITED STATES OF AMERICA          **CASE # 1:13 cr 00253**
NO KNOW ADDRESS
ENTITY UNDISCLOSED
    Wrongdoer
    Fictitious, Foreign Plaintiff

    VS

        Title 28, Ch. 5, District Court, § 88 District of Columbia
        Constitutional Article III Court
        Judge Gladys Kessler


RODNEY DALE CLASS (Government
Registered Trade Name. WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077

Rodney-Dale; Class
Private Attorney General
432 North Lincoln St.
High Shoals, North Carolina
American National

    Third Party of Interest and Real Party of Interest,
    By Congressional Act Private Attorney General
    Constitutional Bounty Hunter


        **OBJECTION TO GOVERNMENT'S
        OMNIBUS RESPONSE:
        RE: What The Living Flesh And Blood
        Man With A Soul, A Being/Natural
        Person, Was Subjected To After Being
        Unlawfully Arrested**

## INTRODUCTION

The U.S. Attorneys' response of 3.7.14 has failed to address some very important points in their ineffective, non-rebuttal of rodney-dale; class' Motions. Not only is their "opposition" "hollow" with no actual reasons or law on which to base their "opposition," but they are perpetuating a dark secret based on convoluted rules and procedures that they and the government have crafted these rules, etc. through obfuscation and outright lies, and if a Defendant fails to object to these actions then the Prosecution and the government get away with legal chicanery and perpetrate a sham on the Court. This Defendant, rodney-dale; class, a living man of flesh and blood with a soul, refuses to allow these travesties of "justice" to continue.

What follows is "black ink on white paper" to prove that the Prosecutor is attempting to perpetuate a judicial travesty against rodney-dale; class.

## FOUNDATION OF JURISDICTION

1. **The United States Attorneys Manual (USAM) Title 4, Civil Resource Manual 210. Choice of Law**

"Federal Statutory Law, enacted pursuant to Constitutional authorities, **is clearly controlling over state statutory and decisional law....** U.S. Constitution, Article VI, clause 2 (Clearfield Trust vs. United States)." Full cite:

http://www.justice.gov/usao/eousa/foia_reading_room/usam/title4/civ00210.htm

2. **Federal Rules of Civil Evidence, Article V, Privileges, Rule 501, Privileges in General**

"The common law — as interpreted by United States courts in the light of reason and experience — governs a claim of privilege unless any of the following provides otherwise:

...the **United States Constitution**;

...a **federal statute**; or

**...rules prescribed by the Supreme Court**.

But in a civil case, state law governs privilege regarding a claim or defense for which state law supplies the rule of decision."

3. **Criminal Rules of Procedure** only give a District Court a "venue," but provides No Form Of "ACTION" to prosecute criminal cases.

4. "Before a federal court can hear a case, or "exercise its jurisdiction," certain conditions must be met. First, under the Constitution, federal courts exercise only 'judicial' powers. This means that federal judges may interpret the law only through the resolution of actual legal disputes, referred to in Article III of the Constitution as 'Cases or Controversies.' A court cannot attempt to correct a problem on its own initiative, or to answer a hypothetical legal question." *From the DOJ website.*

**And,**

5. **Title 28, Judiciary and judicial procedures, section 2255. Federal custody; remedies on motion attacking sentence;** ...states that the court can dismiss / vacate, set aside or correct the sentence without going to trial.

(a) A prisoner in custody under sentence of a court established by Act of Congress claiming the right to be released upon the ground that the sentence was imposed in violation of the **Constitution or laws of the United States,** or that the court was without jurisdiction to impose such sentence, or that the sentence was in excess of the maximum authorized by law, or is otherwise subject to collateral attack, may move the court which imposed the sentence to vacate, set aside or correct the sentence.

(b) Unless the motion and the files and records of the case conclusively show that the prisoner is entitled to no relief, the court shall cause notice thereof to be served upon the United States attorney, grant a prompt hearing thereon, determine the issues and make findings of fact and conclusions of law with respect thereto. **If the court finds that the**

**judgment was rendered without jurisdiction, or that the sentence imposed was not authorized by law or otherwise open to collateral attack, or that there has been such a denial or infringement of the constitutional rights of the prisoner as to render the judgment vulnerable to collateral attack, the court shall vacate and set the judgment aside and shall discharge the prisoner or resentence him or grant a new trial or correct the sentence as may appear appropriate.**

Now Comes, i, a man with a soul, rodney-dale; class (Hereinafter referred to as I, a man or a living flesh and blood man with a soul, a being/natural person), in my official capacity as a Private Attorney General and as a Constitutional Bounty Hunter pursuant to Congressional mandates of the United States Congress, and

1. I, a man, oppose being arrested by the Capitol Hill Police in Washington, DC for violating Constitutionally protected rights.

2. I, a man, oppose going before a Grand Jury when the original and intended foundation of the Grand Jury is to hear evidence from **BOTH SIDES** and any decision or conclusion from the Grand Jury is supposed to be based on **BOTH SIDES** and **NOT** in a decision from just **ONE SIDE.**

3. I, a man, oppose going before Grand Jury where the Grand Jury members are being told that the only choice they have is "did the defendant violate the law ?" while the laws being used are, themselves, **unconstitutional** to start with and violate the protected rights of the People.

4. I, a man, oppose that this Grand Jury's decision was based on the Superior Court's hearing on violations of DC ordinances that now sit before a Federal Court.

5. I, a man, oppose that the Superior Court dismissed these charges for the alleged District of Columbia violations, and that the Federal Government decided to prosecute on these same "dismissed" charges AND then used those same, "dismissed," city ordinance violations as prosecutable violations, and that the City of Washington in the District of Columbia is defined as a mere fictional Corporation.

6. I, a man, oppose being rearrested for a second time, after dismissal, by the Capitol Hill Police Department and being recharged for new Federal crimes. And, when rodney-dale; class was rearrested they have NO INVENTORY LIST of any personal property being taken; not so much as a shoelace, a belt, a watch, a bracelet, wallets or even rodney-dale; class' hearing aids and hearing devices and NOT EVEN HIS VEHICLE. Add to that that when rodney-dale; class was released from initial incarceration he did NOT have the availability of using his confiscated automobile to exit Washington, DC **and was dropped off, essentially destitute, on the streets of Washington, DC to fend for himself !**

7. I, a man, oppose being charged in the Federal Court under a New Charge with NO Federal Grand Jury Indictment on rodney-dale; class, and that the second (Federal) charging was based ONLY on the first Grand Jury's Indictment from the Superior Court for the District of Columbia which was "dismissed" under NOLLE PROSEQUI !

8. I, a man, oppose the second arrest, again, because there was No Formal Written Complaint by ANY "injured party" as required per your Federal Criminal Rules of Evidence, Rule 4. and the United States Constitution.

9. I, a man, oppose being arrested the first time and second time when the foundation for arrest was based on a "parking ticket" that was DISMISSED **and AFTER they did an Illegal Search and Interrogation.** (Does "This Court" NOT KNOW what the doctrine of "Fruit of the Poisonous Tree," the "Clean Hands Doctrine" OR a "Miranda Warning" means ?)

10. I, a man, oppose being charged in any court room where the Prosecution cannot provide a flesh and blood Plaintiff before this court.

11. I, a man, oppose the government's prosecutors wasting this court's time for what are a constitutionally protected rights and the non-compliance of equally protected rights under statutory law when one has been given and holds a license to "carry concealed."

12. I, a man, oppose having a GPS tracking device placed on my body in order to monitor the activities of this flesh and blood being.

13. I, a man, oppose the willful and intentional failure of the Prosecution to address any of my documentation placed before this court by me, a living man of flesh and blood, with the phrase "government opposes" and fails to state facts and conclusions in law of what they "oppose" to justify their response.

14. I, a man, oppose the government opposing (by the Prosecutor/BAR MEMBER) its own regulations, procedures, rules, and administration in order to run a sham legal court system to violate constitutionally protected rights and laws of the United States.

15. I, a man, oppose that these elected, appointed or hired living men and women in positions in these public offices, being sworn to the Constitution in order to collect wages,

compensation and benefits calling themselves a government official while operating as a Corporation (See Clearfield Trust vs. United States and Public Law 1, 48 stat C 1, and See United States Attorney's Manual; Choice of law 210; federal statutory law, enacted to constitutional authorities, is clearly controlling over state statutory and decisional law, and see the U.S. Constitution, Article VI, clause 2) are in disguise in order to violate the People's rights.

16. I, a man, oppose that the government (prosecutor/BAR MEMBER) used trickery and deception when it was told, by the Court, not to use Memoranda of Law in answering the paperwork of rodney-dale; class in a court status hearing back in January.

17. I, a man, oppose being taken advantage of, shanghaied, railroaded, and defrauded because of not having a law degree and no bar card for the legal system to control.

18. I, a man, oppose to being placed on trial for constitutionally protected rights and equal protection of rights clause, and, even more, I am opposed to someone who was required to swear two separate oaths, one to the Constitution, and another oath to the BAR that they would not mislead, misrepresent or misconstrue or put false information before the court, and witnessing them committing perjury and felonies in this courtroom while their (the Prosecution) best argument is that the government opposes OR takes no position to my well supported arguments.

19. I, a man, oppose when I and/or the People showing procedural violations, administrative violations, constitutional violations, and the violations of the laws of the United States, the legal system suppresses or creates law from the bench in order to cover up these

violations in order to get a conviction and, further, suppresses information in order to deny any legal errors for use in the appeals court.

20. I, a man, oppose being charged for Corporation "Policy violations" under the DC Codes as it is clearly stated that the District of Columbia, under the 1871 Act, is to be considered a Corporation and NOT a City.

21. I, a man, oppose being charged by those who perjured themselves when they took these positions under their own charter/Constitution that they would not create policies, rules, regulations, or any other act that would violate the People's rights that were clearly guaranteed to the People.

22. I, a man, oppose being charged by an administrative agency which has failed to exhaust its administrative remedies as required by the Administrative Procedure Act itself.

23. I, a man, oppose being profiled as "anti-American and/or as a "sovereign citizen" by those who took these public offices under wages, compensation, and benefits and are under a sworn oath to protect the People's rights, and have intentionally violated their constitutional oath to faithfully exercise their office with the intent to engage in conduct to impair due process and to obstruct proper administration of justice and the willful failure to defend the Constitution and to engage in personal activity for unjust enrichment of themselves or the public office.

24. I, a man, rodney-dale; class, also, now, "Oppose" all the vague and unsupported "oppositions" that the Prosecution has filed thus far in **CASE # 1:13 cr 00253.**

25. The application for either the Constitutional "public" office or as an agent for the unknown Plaintiff/Principal requires a signature or contract. A signature for all officers of this Constitutional court is all that is required to discharge the "Public Debt" created where the Trustee of/for the Express Trust named in FRCP Rule 17 has the ability and duty to bring this cause/action into honor.

26. Whereas "This Court" is aware that the signature on the bonds signed by rodney-dale; class for the OR Bond, the Bid Bonds, the Performance Bonds and the Payment Bonds are to be taken out of the Trust or the Estate of RODNEY DALE CLASS (Government Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE) and, therefore, any restitution to the Defendant can be removed from the Plaintiff's account in the same fashion that the court is collecting all these bonds under "signatures" and, therefore, the Prosecution only has to sign his signature as per U.S.C. Title 31 under section 3713 as Trustee over the Plaintiff and can be paid to rodney-dale; class for Damages and Claims under the SF 95 form.

27. Whereas the government has taken NO position on the "Entry of Appearance" and has taken NO position of the "living flesh man" coming into the court room, then the government is admitting it has NO position to address the living man, thereby giving rodney-dale; class the authority to call "This Court" to order and to have this case dismissed as the government has "NO position" to object if they take "NO position."

28. Whereas it STILL stands that the government has never filed a proper Entry of Appearance into this case.

29. As a Private Attorney General, rodney-dale; class, or any party with knowledge of the law as mandated by Congress, now has the authority to call "This Court" to order under the Article 3 section of the Constitution, and now has the authority to order "This Court" to Dismiss this case in favor of rodney-dale; class and have restitution paid to rodney-dale; class and to be made whole and all property returned immediately to him upon Dismissal.

30. Whereas this Private Attorney General is the only Party who has filed his Entry of Appearance in "This Court" which has never been properly called to order, and only "claims" it is in session, we now will Correct The Record of having "This Court" called to order under the proper means of the Constitution and thereby have this case Dismissed on the grounds of an improper procedure by "This Court" as it has never been properly called to order as this falls under an incompetency of those who have failed to do their job properly.

## CONCLUSION

Whereas this living flesh and blood man with a soul, a being/natural person, rodney-dale; class objects to ("opposes") being arrested unlawfully for Constitutionally protected rights, and statutory rights under the equal protection clause, and under the protection of Acts of Congress. I oppose the government's position in this action and ask for the entire action be Dismissed in favor of rodney-dale; class, **"With Prejudice"** and that the government be sanctioned for wasting "This Court's" time and the taxpayer's money on Constitutionally protected rights and statutory rights under the equal protection clause as found in the law books that are copyrighted,

patented, and trademarked, and therefore, are Private Law, **and NOT applicable to the non-**

**corporate, living man or woman.**



rodney-dale: class
Private Attorney General
432 North Lincoln Street
High Shoals, North Carolina
Bounty Hunter Seal

live thumb print

Private Attorney General Seal





| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form Use additional sheet(s) if necessary See reverse side for additional instructions | FORM APPROVED OMB NO 1105-0008 |
|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name, address of claimant, and claimant's personal representative if any (See instructions on reverse) Number, Street, City, State and Zip code |
|---|---|
| 28 U S Code § 2672 - Administrative adjustment of claims Capital Hill Police Dept. Office of Professional Responsibility 119 D Street NE Washington, DC 20002 | Rodney Dale Class Private Attorney General PAG-14th amend Bounty Hunter 432 North Lincoln St High Shoals,North Carolina [28077] |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M ) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 11/20/1953 | yes | 05/30/2013 | 1pm |

8 BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof  Use additional pages if necessary)

DC Capitol Hill police being administrative agency has failed to exhaust their administrative remedies before bringing a claim into the court's  Rodney Dale Class is not an employee or a federal contractor under contract to the District of Columbia pursuant to USC title 44 public works property and grounds  Rodney Dale Class is a private living soul with the protected rights under the Constitution and the laws of the United States & has congressional authority as a Private Atty  Gen  & a Constitutional bounty Hunter under the 14th amendment to enforce constitutional protected rights and the laws of the United States

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

rifle and two pistols and survival knives and axes taken  Constitution Art  IV sec 2,2nd amend, 14th amend and laws of the United States violated 42 USC 1981, paint and transmission on jeep destroyed.  D.C  Capital Hill Police Dept  evidence file

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM  IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT

DC Capitol Hill police did disregard their sworn oath to the Constitution as they are under a pay contract for wages & benefits to uphold protected people's rights  By disregarding their constitutional oath they have now perpetrated taxpayers fraud under perjured oath with intent to harm and injure people of DC and any visitors that may come into DC with intent to violate civil rights under color of law under a state of emergency in violation of the lieber codes

| 11 | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| Sharon Class | 432 North Lincoln St, High Shoals North Carolina [28077] | |
| Dwight Class | 432 North Lincoln St, High Shoals North Carolina [28077] | |
| Robert Hoff | 277 Dismal Hollow Rd, Front Royal Va.[22630] | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) |
| | 750,000 00 | | 750,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side) | 13b PHONE NUMBER OF PERSON SIGNING FORM | 14 DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | 704 742 9907 ot 704 740 5938 | 03/17/2014 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government  (See 31 U S C  3729) | Fine, imprisonment, or both (See 18 U S C  287, 1001 ) |

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

| 15. Do you carry accident insurance? [X] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number   [ ] No |
|---|

Pursuant to the Federal Reserve act of 1913 obligation of the United States and pursuant to the Social Security act of 1935 Federal grants given to each of the States for each live birth certificates and the alien registration act of 1940 verifying the birth of those being born United States government holds the insurance coverage to discharge and pay the debt

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? [X] Yes  [ ] No | 17. If deductible, state amount |
|---|---|
| Pursuant title 28 section 2672 such a complaint has now been filed now with the United States pursuant to the above congressional action section 15 of this document | 0 00 |

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts)

| 19. Do you carry public liability and property damage insurance? [X] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code)   [ ] No |
|---|

Pursuant to the bankruptcy of 1933 and congressional acts of the Federal Reserve act of 1913 and the Social Security act of 1935 along with alien registration act of 1940 all property including the people has been turned over to the United States as collateral thereby making the United States liable for damages Capital Hill Police Dept   See # 1 for address

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative

If claimant intends to file for both personal injury and property damage the amount for each must be shown in item number 12 of this form

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES

The amount claimed should be substantiated by competent evidence as follows

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment

(c) In support of claims for damage to property which is not economically reparable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct

(d) **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U S C 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached
  A  Authority  The requested information is solicited pursuant to one or more of the following  5 U S C 301, 28 U S C 501 et seq , 28 U S C 2671 et seq , 28 C F R Part 14

B  Principal Purpose  The information requested is to be used in evaluating claims
C  Routine Use  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information
D  Effect of Failure to Respond  Disclosure is voluntary  However, failure to supply the requested information or to execute the form may render your claim "invalid "

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U S C 3501  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch  Attention  Paperwork Reduction Staff, Civil Division, U S Department of Justice, Washington, DC  20530 or to the Office of Management and Budget  Do not mail completed form(s) to these addresses

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form Use additional sheet(s) if necessary See reverse side for additional instructions | FORM APPROVED OMB NO 1105-0008 |
|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name, address of claimant, and claimant's personal representative if any (See instructions on reverse) Number, Street, City, State and Zip code |
|---|---|
| 28 U S Code § 2672 - Administrative adjustment of claims<br>United States Capitol Police Office of Professional Responsibility<br>119 D Street NE<br>Washington, DC 20510 | Rodney Dale Class<br>Private Attorney General PAG-14th amend Bounty Hunter<br>432 North Lincoln St.<br>High Shoals, North Carolina [28077] |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M ) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 11/20/1953 | yes | 05/30/2013 | 1pm |

8 BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof Use additional pages if necessary)

By: Rodney Dale Class as Private Attorney General with Commission from House and Senate Judiciary Committees, as 28 USC 1350 Alien Tort action for violations of Title 28, Judiciary and judicial procedures, section 2255, Federal custody, That a minimum of a three strike felony and full NOTICE OF DE FAULT exist in this action where Government or as agent to an unregistered principal/plaintiff failed to respond to Constitutional issues after violations of Rules of Court, failing to apply for entry or leave of the court prior to any/all Constitutional or statutory responses by Rodney Dale Class as 'competent' 42 USC 1988.

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

rifle and two pistols and survival knives and axes taken . Constitution Art IV sec 2,2nd amend, 14th amend and laws of the United States violated 42 USC 1981, paint and transmission on jeep destroyed. D C. Capital Hill Police Dept evidence file

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT

D. C. Capitol Hill Police did disregard their sworn oath to the Constitution as they are under a pay contract for wages & benefits to uphold protected people's rights By disregarding their constitutional oath they have now perpetrated taxpayers fraud under perjured oath with intent to harm and injure people of DC and any visitors that may come into DC with intent to violate civil rights under color of law under a state of emergency in violation of the Lieber codes false claim 31 USC 3729 3x amount

| 11 | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| Sharon Class | 432 North Lincoln St, High Shoals North Carolina [28077] | |
| Dwight Class | 432 North Lincoln St, High Shoals North Carolina [28077] | |
| Robert Hoff | 277 Dismal Hollow Rd, Front Royal Va.[22630] | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) |
| | 750,000 00 | | 750,000 00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side) | 13b PHONE NUMBER OF PERSON SIGNING FORM | 14 DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | 704 742 9907 or 704 740 5938 | 03/17/2014 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine, imprisonment, or both (See 18 U S C 287, 1001 ) |

NSN 7540-00-634-4046

STANDARD FORM 95 (REV 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

15  Do you carry accident insurance?   [X] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number   [ ] No

Pursuant to the Federal Reserve act of 1913 obligation of the United States and pursuant to the Social Security act of 1935 Federal grants given to each of the States for each live birth certificates and the alien registration act of 1940 verifying the birth of those being born United States government holds the insurance coverage to discharge and pay the debt

| 16  Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   [X] Yes   [ ] No | 17  If deductible, state amount |
|---|---|
| Pursuant title 28 section 2672 such a complaint has now been filed now with the United States pursuant to the above congressional action section 15 of this document | 0 00 |

18  If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts)



19  Do you carry public liability and property damage insurance?   [X] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code)   [ ] No

Pursuant to the bankruptcy of 1933 and congressional acts of the Federal Reserve act of 1913 and the Social Security act of 1935 along with alien registration act of 1940 all property including the people has been turned over to the United States as collateral thereby making the United States liable for damages  Capital Hill Police Dept   See # 1 for address

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14  Many agencies have published supplementing regulations  If more than one agency is involved, please state each agency

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant  A claim presented by an agent or legal representative must be presented in the name of the claimant  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator  parent, guardian or other representative

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES

The amount claimed should be substantiated by competent evidence as follows

*(a)*  In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred

*(b)*  In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment

*(c)*  In support of claims for damage to property which is not economically reparable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct

***(d)*  Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U S C  552a(e)(3), and concerns the information requested in the letter to which this Notice is attached
  A  *Authority*  The requested information is solicited pursuant to one or more of the following  5 U S C  301, 28 U S C  501 et seq , 28 U S C  2671 et seq , 28 C F R  Part 14

  B  *Principal Purpose*  The information requested is to be used in evaluating claims
  C  *Routine Use*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information
  D  *Effect of Failure to Respond*  Disclosure is voluntary  However, failure to supply the requested information or to execute the form may render your claim "invalid"

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U S C  3501  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch  Attention  Paperwork Reduction Staff, Civil Division, U S  Department of Justice, Washington, DC  20530 or to the Office of Management and Budget  Do not mail completed form(s) to these addresses

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions | FORM APPROVED OMB NO 1105-0008 |
|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name, address of claimant, and claimant's personal representative if any (See instructions on reverse) Number, Street, City, State and Zip code |
|---|---|
| 28 U.S Code § 2672 - Administrative adjustment of claims Capital Hill Police Dept. Office of Professional Responsibility 119 D Street NE Washington, DC 20002 | Rodney Dale Class Private Attorney General PAG-14th amend Bounty Hunter 432 North Lincoln St. High Shoals,North Carolina [28077] |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M ) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | 11/ 20/ 53 | YES | 05/30/2013 | 1.PM |

8 BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary)

Title 28 sec 2255 Federal custody, remedies on motion attacking sentence. Unlawful detainment and arrest under protect rights of the Constitution and the laws of the United States and Acts of Congress. While in D.C. filing my 2nd Congressional Documents before both the House & Senate Committee of the Judiciary to take on the position as a P.A.G & Constitutional Bounty Hunter under the 14th amendment sec 4 & under Title 42 sec 1983 & 1988. While going back to my Jeep I was Stopped By D.C. Capital Hill Police for a parking violation that was dropped. I hold a carry conceal permit from N.C. ( See attachments)

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

rifle and two pistols and survival knives and axes taken. Constitution Art. IV sec 2,2nd amend, 14th amend and laws of the United States violated 42 USC 1981, paint and transmission on jeep destroyed. D.C Capital Hill Police Dept. evidence file

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT

D. C. Capital Hill Police & the D.C. DOJ failed to follow proper procedure. They had No verify Complaint or Warrant ,Unlawful detainment & unlawful incarceration & damage to my jeep. Placed on GPS monitor to keep me out of the District of Columbia only & have been forced to travel back & forth to the District of Columbia from N.C. for status hearings since May 30th 2013. Ineffective assistance of counsel and denial of due process (See Attachments For more detailed) Rodney Dale Class

| 11 | | WITNESSES |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| Sharon Class | 432 North Lincoln St, High Shoals North Carolina [28077] | |
| Dwight Class | 432 North Lincoln St, High Shoals North Carolina [28077] | |
| Robert Hoff | 277 Dismal Hollow Rd, Front Royal Va [22630] | |

| 12 (See instructions on reverse) | | AMOUNT OF CLAIM (in dollars) | |
|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) |
| | 750,000.00 | | 750,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side) | 13b PHONE NUMBER OF PERSON SIGNING FORM | 14 DATE OF SIGNATURE |
|---|---|---|
| *Rodny dd Cls* | 704 742 9907 or 704 740 5938 | 03/17/2014 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine, imprisonment, or both (See 18 U S C 287, 1001 ) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

15 Do you carry accident insurance? [X] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number [ ] No

Pursuant to the Federal Reserve act of 1913 obligation of the United States and pursuant to the Social Security act of 1935 Federal grants given to each of the States for each live birth certificates and the alien registration act of 1940 verifying the birth of those being born United States government holds the insurance coverage to discharge and pay the debt

| 16 Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? [X] Yes [ ] No | 17 If deductible, state amount |
|---|---|
| Pursuant title 28 section 2672 such a complaint has now been filed now with the United States pursuant to the above congressional action section 15 of this document | 0 00 |

18 If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts)

19 Do you carry public liability and property damage insurance? [X] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code) [ ] No

Pursuant to the bankruptcy of 1933 and congressional acts of the Federal Reserve act of 1913 and the Social Security act of 1935 along with alien registration act of 1940 all property including the people has been turned over to the United States as collateral thereby making the United States liable for damages  U S. Department of Justice See # 1 for address

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14  Many agencies have published supplementing regulations  If more than one agency is involved, please state each agency

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant  A claim presented by an agent or legal representative must be presented in the name of the claimant  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES

The amount claimed should be substantiated by competent evidence as follows

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment

(c) In support of claims for damage to property which is not economically reparable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct

**(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U S C  552a(e)(3), and concerns the information requested in the letter to which this Notice is attached
   A  *Authority*  The requested information is solicited pursuant to one or more of the following  5 U S C  301, 28 U S C  501 et seq , 28 U S C  2671 et seq , 28 C F R  Part 14

B  *Principal Purpose*  The information requested is to be used in evaluating claims
C  *Routine Use*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information
D  *Effect of Failure to Respond*  Disclosure is voluntary  However, failure to supply the requested information or to execute the form may render your claim "invalid "

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U S C  3501  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention  Paperwork Reduction Staff, Civil Division, U S  Department of Justice, Washington, DC  20530 or to the Office of Management and Budget  Do not mail completed form(s) to these addresses

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions | FORM APPROVED OMB NO 1105-0008 |
|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name, address of claimant, and claimant's personal representative if any (See instructions on reverse) Number, Street, City, State and Zip code |
|---|---|
| 28 U S Code § 2672 - Administrative adjustment of claims Capital Hill Police Dept Office of Professional Responsibility 119 D Street NE Washington, DC 20002 | Rodney Dale Class Private Attorney General PAG-14th amend Bounty Hunter 432 North Lincoln St High Shoals,North Carolina [28077] |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M ) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 11/20/1953 | yes | 05/30/2013 | 1.pm |

8 BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof Use additional pages if necessary)

The original issue was a parking violation which got dismissed. The Capitol Hill police proceeded to escalate this without a verified complaint from an injured party and without a warrant signed by a judge to detain and arrest Rodney Dale Class. I was interrogated for several hours with an illegal and unlawful search of property before Rodney Dale Class was read his Miranda Rights Capitol Hill police did disregard their sworn oath to the Constitution to protect guaranteed rights of the people & the laws of the United States Capitol Hill police did disregard congressional authority given to Rodney Dale Class as PAG- bounty hunter

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

rifle and two pistols and survival knives and axes taken   Constitution Art IV sec 2,2nd amend, 14th amend and laws of the United States violated 42 USC 1981, paint and transmission on jeep destroyed   D.C. Capital Hill Police Dept  evidence file

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM  IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT

D C Capital Hill Police failed to follow proper procedure .They had No verify Complaint from an injury person or Warrant signed by a judge, Unlawful detain & unlawful incarceration & damage to jeep Theft of personal property listed in section 9, impound of computer & hard drive that contain personal information of other federal cases and interfering in a lawful14th amend Bounty action in a federal court case in another State  Took personal signature and prints undress in order for the courts to monetize.

| 11 | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Sharon Class | 432 North Lincoln St, High Shoals North Carolina [28077] |
| Dwight Class | 432 North Lincoln St, High Shoals North Carolina [28077] |
| Robert Hoff | 277 Dismal Hollow Rd, Front Royal Va [22630] |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) |
| | 750,000.00 | | 750,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side) | 13b PHONE NUMBER OF PERSON SIGNING FORM | 14 DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | 704 742 9907 or 704 740 5938 | 03/17/2014 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government  (See 31 U S C  3729) | Fine, imprisonment, or both (See 18 U S C  287, 1001 ) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

15 Do you carry accident insurance?  [X] Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number  [ ] No

Pursuant to the Federal Reserve act of 1913 obligation of the United States and pursuant to the Social Security act of 1935 Federal grants given to each of the States for each live birth certificates and the alien registration act of 1940 verifying the birth of those being born United States government holds the insurance coverage to discharge and pay the debt

| 16 Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  [X] Yes  [ ] No | 17 If deductible, state amount |
|---|---|
| Pursuant title 28 section 2672 such a complaint has now been filed now with the United States pursuant to the above congressional action section 15 of this document | 0.00 |

18 If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts)

19 Do you carry public liability and property damage insurance?  [X] Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code)  [ ] No

Pursuant to the bankruptcy of 1933 and congressional acts of the Federal Reserve act of 1913 and the Social Security act of 1935 along with alien registration act of 1940 all property including the people has been turned over to the United States as collateral thereby making the United States liable for damages. Capital Hill Police Dept  See # 1 for address

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14  Many agencies have published supplementing regulations  If more than one agency is involved, please state each agency

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant  A claim presented by an agent or legal representative must be presented in the name of the claimant  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES

The amount claimed should be substantiated by competent evidence as follows

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment

(c) In support of claims for damage to property which is not economically reparable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct

**(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U S C  552a(e)(3), and concerns the information requested in the letter to which this Notice is attached
  A  Authority  The requested information is solicited pursuant to one or more of the following  5 U S C  301, 28 U S C  501 et seq , 28 U S C  2671 et seq , 28 C F R  Part 14

B  Principal Purpose  The information requested is to be used in evaluating claims
C  Routine Use  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information
D  Effect of Failure to Respond  Disclosure is voluntary  However, failure to supply the requested information or to execute the form may render your claim "invalid "

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U S C  3501  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention  Paperwork Reduction Staff, Civil Division, U S  Department of Justice, Washington, DC  20530 or to the Office of Management and Budget  Do not mail completed form(s) to these addresses

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions | FORM APPROVED OMB NO 1105-0008 |
|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name, address of claimant, and claimant's personal representative if any (See instructions on reverse) Number, Street, City, State and Zip code |
|---|---|
| U.S. Department of Justice<br>Civil Rights Division<br>950 Pennsylvania Avenue, N W<br>Washington, D C 20530 | Rodney Dale Class<br>Private Attorney General PAG-14th amend Bounty Hunter<br>432 North Lincoln St.<br>High Shoals, North Carolina [28077] |

| 3 TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4 DATE OF BIRTH<br>11/20/1953 | 5 MARITAL STATUS<br>yes | 6 DATE AND DAY OF ACCIDENT<br>05/30/2013 | 7 TIME (A M OR P M)<br>1PM |
|---|---|---|---|---|

8 BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary)

The U S Attorneys' response of 3 7 14 has failed to address some very important points in their ineffective, non-rebuttal of rodney-dale, class' Motions. Not only is their "opposition" "hollow" with no actual reasons or law on which to base their "opposition," but they are perpetuating a dark secret based on convoluted rules and procedures that they and the government have crafted these rules, etc. through obfuscation and outright lies, and if a Defendant fails to object to these actions then the Prosecution and the government get away with legal chicanery and perpetrate a sham on the Court. (See attached)

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

rifle and two pistols and survival knives and axes taken. Constitution Art. IV sec 2,2nd amend. 14th amend and laws of the United States violated 42 USC 1981, paint and transmission on jeep destroyed.  D.C. Capital Hill Police Dept. evidence file

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT

Capital Hill Police & DC DA office failed to follow proper procedure  They had No verify Complaint from an injury person or Warrant signed by a judge, Unlawful detain & unlawful incarceration & damage to jeep Theft of personal property listed in section 9, impound of computer & hard drive that contain personal information of other federal cases and interfering in a lawful 14th amend Bounty action in a federal court case in another State.

| 11 | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Sharon Class | 432 North Lincoln St, High Shoals North Carolina [28077] |
| Dwight Class | 432 North Lincoln St, High Shoals North Carolina [28077] |
| Robert Hoff | 277 Dismal Hollow Rd, Front Royal Va.[22630] |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) |
| | 750,000 00 | | 750,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side) | 13b PHONE NUMBER OF PERSON SIGNING FORM | 14 DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | 704 742 9907 or 704 740 5938 | 03/17/2014 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government  (See 31 U S C 3729) | Fine, imprisonment, or both (See 18 U S C 287, 1001 ) |

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

15  Do you carry accident insurance?  ☒ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number  ☐ No

Pursuant to the Federal Reserve act of 1913 obligation of the United States and pursuant to the Social Security act of 1935 Federal grants given to each of the States for each live birth certificates and the alien registration act of 1940 verifying the birth of those being born United States government holds the insurance coverage to discharge and pay the debt

| 16  Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☒ Yes  ☐ No | 17  If deductible, state amount |
|---|---|
| Pursuant title 28 section 2672 such a complaint has now been filed now with the United States pursuant to the above congressional action section 15 of this document | 0.00 |

18  If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts)

19  Do you carry public liability and property damage insurance?  ☒ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code)  ☐ No

Pursuant to the bankruptcy of 1933 and congressional acts of the Federal Reserve act of 1913 and the Social Security act of 1935 along with alien registration act of 1940 all property including the people has been turned over to the United States as collateral thereby making the United States liable for damages  U S  Department of Justice  See # 1 for address

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14  Many agencies have published supplementing regulations  If more than one agency is involved, please state each agency

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant  A claim presented by an agent or legal representative must be presented in the name of the claimant  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES

The amount claimed should be substantiated by competent evidence as follows

*(a)*  In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred

*(b)*  In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment

*(c)*  In support of claims for damage to property which is not economically reparable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct

*(d)*  Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U S C  552a(e)(3), and concerns the information requested in the letter to which this Notice is attached
  A  *Authority*  The requested information is solicited pursuant to one or more of the following  5 U S C  301, 28 U S C  501 et seq , 28 U S C  2671 et seq , 28 C F R  Part 14

B  *Principal Purpose*  The information requested is to be used in evaluating claims
C  *Routine Use*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information
D  *Effect of Failure to Respond*  Disclosure is voluntary  However, failure to supply the requested information or to execute the form may render your claim "invalid "

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U S C  3501  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention  Paperwork Reduction Staff, Civil Division, U S  Department of Justice, Washington, DC  20530 or to the Office of Management and Budget  Do not mail completed form(s) to these addresses

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form Use additional sheet(s) if necessary See reverse side for additional instructions | FORM APPROVED OMB NO 1105-0008 |
|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name, address of claimant, and claimant's personal representative if any (See instructions on reverse) Number, Street, City, State and Zip code |
|---|---|
| 28 U S Code § 2672 - Administrative adjustment of claims<br>U S Department of Justice Civil Rights Division<br>950 Pennsylvania Avenue, N.W.<br>Washington, D C. 20530 | Rodney Dale Class<br>Private Attorney General PAG-14th amend Bounty Hunter<br>432 North Lincoln St.<br>High Shoals,North Carolina [28077] |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M ) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | 11/20/1953 | YES | 05/30/2013 | 1.PM |

8 BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof Use additional pages if necessary)

By Rodney Dale Class as Private Attorney General with Commission from House and Senate Judiciary Committees, as 28 USC 1350 Alien Tort action for violations of Title 28, Judiciary and judicial procedures, section 2255, Federal custody; That a minimum of a three strike felony and full NOTICE OF DE FAULT exist in this action where Government or as agent to an unregistered principal/plaintiff failed to respond to Constitutional issues after violations of Rules of Court, failing to apply for entry or leave of the court prior to any/all Constitutional or statutory responses by Rodney Dale Class as 'competent' 42 USC 1988

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

rifle and two pistols and survival knives and axes taken . Constitution Art. IV sec 2,2nd amend, 14th amend and laws of the United States violated 42 USC 1981, paint and transmission on jeep destroyed  D.C. Capital Hill Police Dept. evidence file

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM  IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT

Capital Hill Police and the U S DA office has failed to follow proper procedure .They had No verify Complaint from an injury person or Warrant signed by a judge, Unlawful detain & unlawful incarceration & damage to jeep .Both the Court and your DA has refuse to produce a real plaintiff that file the complaint as per F.C R P. rule 4. and under the constitution V amend failure to have a verity injury party is a false claim in violation of 31 USC 3729  plus 3x the amount listed

| 11 | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| Sharon Class | 432 North Lincoln St, High Shoals North Carolina [28077] | |
| Dwight Class | 432 North Lincoln St, High Shoals North Carolina [28077] | |
| Robert Hoff | 277 Dismal Hollow Rd, Front Royal Va.[22630] | |

| 12 (See instructions on reverse) | | AMOUNT OF CLAIM (in dollars) | |
|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) |
| | 750,000 00 | | 750,000 00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side) | 13b PHONE NUMBER OF PERSON SIGNING FORM | 14 DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | 704 742 9907 or 704 740 5938 | 03/17/2014 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5 000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government  (See 31 U S C  3729) | Fine, imprisonment, or both (See 18 U S C  287, 1001 ) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14 2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

| 15  Do you carry accident Insurance? | [X] Yes | If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number | | No |

Pursuant to the Federal Reserve act of 1913 obligation of the United States and pursuant to the Social Security act of 1935 Federal grants given to each of the States for each live birth certificates and the alien registration act of 1940 verifying the birth of those being born United States government holds the insurance coverage to discharge and pay the debt

| 16  Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? | [X] Yes | No | 17  If deductible, state amount |

Pursuant title 28 section 2672 such a complaint has now been filed now with the United States pursuant to the above congressional action section 15 of this document

0 00

18  If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts)

| 19  Do you carry public liability and property damage insurance? | [X] Yes | If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code) | | No |

Pursuant to the bankruptcy of 1933 and congressional acts of the Federal Reserve act of 1913 and the Social Security act of 1935 along with alien registration act of 1940 all property including the people has been turned over to the United States as collateral thereby making the United States liable for damages  U S  Department of Justice See # 1 for address

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted   Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14   Many agencies have published supplementing regulations   If more than one agency is involved, please state each agency

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant   A claim presented by an agent or legal representative must be presented in the name of the claimant   If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES

The amount claimed should be substantiated by competent evidence as follows

(a)  In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred

(b)  In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment

(c)  In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident   Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct

(d)  Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U S C  552a(e)(3), and concerns the information requested in the letter to which this Notice is attached
   A  *Authority*  The requested information is solicited pursuant to one or more of the following  5 U S C  301, 28 U S C  501 et seq , 28 U S C  2671 et seq , 28 C F R  Part 14

B  *Principal Purpose*  The information requested is to be used in evaluating claims
C  *Routine Use*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information
D  *Effect of Failure to Respond*  Disclosure is voluntary  However, failure to supply the requested information or to execute the form may render your claim "invalid "

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U S C  3501   Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information   Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention  Paperwork Reduction Staff, Civil Division, U S  Department of Justice, Washington, DC  20530 or to the Office of Management and Budget  Do not mail completed form(s) to these addresses

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form Use additional sheet(s) if necessary See reverse side for additional instructions | FORM APPROVED OMB NO 1105-0008 |
|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name, address of claimant, and claimant's personal representative if any (See instructions on reverse) Number, Street, City, State and Zip code |
|---|---|
| 28 U S Code § 2672 - Administrative adjustment of claims U S Department of Justice Civil Rights Division 950 Pennsylvania Avenue, N W Washington, D C 20530 | Rodney Dale Class Private Attorney General PAG-14th amend Bounty Hunter 432 North Lincoln St High Shoals,North Carolina [28077] |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A M OR P M ) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 11/20/53 | YES | 05/30/2013 | 1PM |

8 BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof Use additional pages if necessary)

Actual Party in Interest, 28 USC 1350 Alien Tort Claim, Whereas the government has taken NO position on the "Entry of Appearance" and has taken NO position of the "living flesh man" coming into the court room, then the government is admitting it has NO position to address the living man, thereby giving rodney-dale; class the authority to call "This Court" to order and to have this case dismissed as the government has "NO position" to object if they take "NO position " (See attached files) That a competency hearing be convened for all officers of the court for failing to respond to the duties of that Constitutional Office.

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

rifle and two pistols and survival knives and axes taken Constitution Art. IV sec 2,2nd amend, 14th amend and laws of the United States violated 42 USC 1981, paint and transmission on jeep destroyed D C Capital Hill Police Dept. evidence file

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT

Capitol Hill Police and DC DA did disregard their sworn oath to the Constitution and the laws of the United States as they are under a pay contract for wages & benefits to uphold protected people's rights By disregarding their constitutional oath they have now perpetrated taxpayers fraud under perjured oath with intent to harm and injure people of DC and any visitors that may come into DC with intent to violate civil rights under color of law under a state of emergency in violation of the Lieber codes

| 11 | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| Sharon Class | 432 North Lincoln St, High Shoals North Carolina [28077] | |
| Dwight Class | 432 North Lincoln St, High Shoals North Carolina [28077] | |
| Robert Hoff | 277 Dismal Hollow Rd, Front Royal Va.[22630] | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) |
| | 750,000.00 | | 750,000 00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side) | 13b PHONE NUMBER OF PERSON SIGNING FORM | 14 DATE OF SIGNATURE |
|---|---|---|
| *Rodney Dale Class* | 704 742 9907 or 704 740 5938 | 03/17/2014 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government (See 31 U S C 3729) | Fine, imprisonment, or both (See 18 U S C 287, 1001 ) |

| Authorized for Local Reproduction Previous Edition is not Usable 95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV 2/2007) PRESCRIBED BY DEPT OF JUSTICE 28 CFR 14 2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

| 15 Do you carry accident insurance? | [X] Yes | If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number | [ ] No |

Pursuant to the Federal Reserve act of 1913 obligation of the United States and pursuant to the Social Security act of 1935 Federal grants given to each of the States for each live birth certificates and the alien registration act of 1940 verifying the birth of those being born United States government holds the insurance coverage to discharge and pay the debt

| 16 Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? | [X] Yes | [ ] No | 17 If deductible, state amount |

Pursuant title 28 section 2672 such a complaint has now been filed now with the United States pursuant to the above congressional action section 15 of this document

0 00

18 If a claim has been filed with your carrier what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts)

| 19 Do you carry public liability and property damage insurance? | [X] Yes | If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code) | [ ] No |

Pursuant to the bankruptcy of 1933 and congressional acts of the Federal Reserve act of 1913 and the Social Security act of 1935 along with alien registration act of 1940 all property including the people has been turned over to the United States as collateral thereby making the United States liable for damages. U.S Department of Justice See # 1 for address

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14 Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES

The amount claimed should be substantiated by competent evidence as follows

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U S C 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached
   A  *Authority* The requested information is solicited pursuant to one or more of the following 5 U S C 301, 28 U S C 501 et seq , 28 U S C 2671 et seq , 28 C F R Part 14

B  *Principal Purpose* The information requested is to be used in evaluating claims
C  *Routine Use* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information
D  *Effect of Failure to Respond* Disclosure is voluntary However, failure to supply the requested information or to execute the form may render your claim "invalid "

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U S C 3501 Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention Paperwork Reduction Staff, Civil Division, U S Department of Justice, Washington, DC 20530 or to the Office of Management and Budget Do not mail completed form(s) to these addresses

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1 Submit to Appropriate Federal Agency | 2 Name, address of claimant, and claimant's personal representative if any (See instructions on reverse). Number, Street, City, State and Zip code |
|---|---|
| 28 U.S. Code § 2672 - Administrative adjustment of claims<br>U.S. Department of Justice Civil Rights Division<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Rodney Dale Class<br>Private Attorney General PAG-14th amend Bounty Hunter<br>432 North Lincoln St<br>High Shoals, North Carolina [28077] |

| 3 TYPE OF EMPLOYMENT | 4 DATE OF BIRTH | 5 MARITAL STATUS | 6 DATE AND DAY OF ACCIDENT | 7 TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | 11/20/1953 | yes | 05/30/2013 | 1 pm |

8 BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary)

Title 28 sec 2255 Federal custody, remedies on motion attacking sentence. Unlawful detainment and arrest under protect rights of the Constitution and the laws of the United States and Acts of Congress. While in D.C. filing my 2nd Congressional Documents before both the House & Senate Committee of the Judiciary to take on the position as a P.A.G & Constitutional Bounty Hunter under the 14th amendment sec 4 & under Title 42 sec 1983 & 1988. While going back to my Jeep I was Stopped By D.C. Capital Hill Police for a parking violation that was dropped I hold a carry conceal permit from N.C. ( See attachments)

| 9 | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side)

rifle and two pistols and survival knives and axes taken   Constitution Art. IV sec 2,2nd amend, 14th amend and laws of the United States violated 42 USC 1981, paint and transmission on jeep destroyed   D.C. Capital Hill Police Dept. evidence file

| 10 | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT

D.C. Capital Hill Police & the D.C. DOJ failed to follow proper procedure. They had No verify Complaint or Warrant ,Unlawful detainment & unlawful incarceration & damage to my jeep. Placed on GPS monitor to keep me out of the District of Columbia only & have been forced to travel back & forth to the District of Columbia from N.C. for status hearings since May 30th 2013. Ineffective assistance of counsel and denial of due process. (See Attachments For more detailed) Rodney Dale Class

| 11 | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| Sharon Class | 432 North Lincoln St, High Shoals North Carolina [28077] | |
| Dwight Class | 432 North Lincoln St ,High Shoals north Carolina [28077] | |
| Robert Hoff | 277 Dismal Hollow Rd, Front Royal Va.[22630] | |

| 12 (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a PROPERTY DAMAGE | 12b PERSONAL INJURY | 12c WRONGFUL DEATH | 12d TOTAL (Failure to specify may cause forfeiture of your rights) |
| | 750,000 00 | | 750,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a SIGNATURE OF CLAIMANT (See instructions on reverse side) | 13b PHONE NUMBER OF PERSON SIGNING FORM | 14 DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | 704 742 9907 or 704 740 5938 | 03/17/2014 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729) | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property

15 Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number  ☒ No

Pursuant to the Federal Reserve act of 1913 obligation of the United States and pursuant to the Social Security act of 1935 Federal grants given to each of the States for each live birth certificates and the alien registration act of 1940 verifying the birth of those being born United States government holds the insurance coverage to discharge and pay the debt

| 16 Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? | ☒ Yes  ☐ No | 17 If deductible, state amount |
|---|---|---|
| Pursuant title 28 section 2672 such a complaint has now been filed now with the United States pursuant to the above congressional action section 15 of this document | | 0 00 |

18 If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts)

19 Do you carry public liability and property damage insurance? ☒ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code)  ☐ No

Pursuant to the bankruptcy of 1933 and congressional acts of the Federal Reserve act of 1913 and the Social Security act of 1935 along with alien registration act of 1940 all property including the people has been turned over to the United States as collateral thereby making the United States liable for damages. U.S. Department of Justice See # 1 for address

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted   Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14   Many agencies have published supplementing regulations   If more than one agency is involved, please state each agency

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant   A claim presented by an agent or legal representative must be presented in the name of the claimant   If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES

The amount claimed should be substantiated by competent evidence as follows

(a) In support of claims for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment

(c) In support of claims for damage to property which is not economically reparable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the incident   Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct

(d) **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U S C  552a(e)(3), and concerns the information requested in the letter to which this Notice is attached
 A  *Authority*  The requested information is solicited pursuant to one or more of the following  5 U S C  301, 28 U S C  501 et seq , 28 U S C  2671 et seq , 28 C F R  Part 14

B  *Principal Purpose*  The information requested is to be used in evaluating claims
C  *Routine Use*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information
D  *Effect of Failure to Respond*  Disclosure is voluntary  However, failure to supply the requested information or to execute the form may render your claim "invalid "

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U S C  3501   Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information   Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention  Paperwork Reduction Staff, Civil Division, U S  Department of Justice, Washington  DC  20530 or to the Office of Management and Budget   Do not mail completed form(s) to these addresses

## **PROOF OF SERVICE**

Now Comes rodney–dale; class, a real man of flesh and blood in the position of Private Attorney General and Bounty Hunter by Congressional Legislation under the Statutes at Large and by United States Codes created by the United States Congress within the District of Columbia Territory, to set forth my Wishes of Entry of this document and WISHES and REQUIRES that this document is to be read and acted upon by an honorable, flesh and blood man or woman to afford the Declarant remedy: **OBJECTION TO GOVERNMENT'S OMNIBUS RESPONSE: RE: What The Living Flesh And Blood Man With A Soul, A Being/Natural Person, Was Subjected To After Being Unlawfully Arrested**. This document was sent to the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA Clerk of Courts on this _19th_ day of March in the year of our Lord 2014 A.D. i, rodney–dale; class, also delivered a copy to the Prosecutor.


rodney-dale; class
Private Attorney General
432 North Lincoln Street
High Shoals, North Carolina  28077
itsconstitutional@gmail.com

Cc:

PETER LALLAS (Or designee)
ASSISTANT UNITED STATES ATTORNEY
555 4TH STREET, N.W., ROOM 4110
WASHINGTON, DC 20530

POSTAL INSPECTION SERVICE
10500 LITTLE PATUXENT PKWY STE 200
COLUMBIA MD 21044-3509

MAJOR GENERAL DAVID E. QUANTOCK
The Provost Marshal General of the Army Commanding General,
United States Army Criminal Investigation Command
and Army Corrections Command
1900 Mahone Avenue, Building 8526
Fort Lee, Virginia

Office of Inspector General of The Victim Agency,
Office of Media Communications
U.S. Department of Health & Human Service
Room 5541, Cohn Building
330 Independence Avenue, SW
Washington, DC 20201

U.S. Department of Justice
Office of Professional Responsibility
950 Pennsylvania Ave, NW, Suite 3529
Washington, DC 20530-0001

Sergeant at Arms,
The Honorable Paul D. Irving
U.S. House of Representatives
Washington, DC 20515

The Sergeant at Arms and Doorkeeper,
The Honorable Terrance W. Gainer
Office of Senator
United States Senate
Washington, D.C. 20510

Architect of the Capitol
Stephen T. Ayers
Washington, DC 20515

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue N.W.
Washington, D.C. 20551

U.S. Department of Labor,
Frances Perkins Building,
200 Constitution Ave NW,
Washington DC 20210