**FILED**

**MAR 2 6 2014**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

UNITED STATES OF AMERICA
NO KNOW ADDRESS
ENTITY UNDISCLOSED

CASE # 1:13 cr 00253

   Wrongdoer
   Fictitious, Foreign Plaintiff

   VS

                    Title 28, Ch. 5, District Court, § 88 District of Columbia
                                Constitutional Article III Court
                                     Judge Gladys Kessler

RODNEY DALE CLASS (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077


Rodney-Dale; Class
Private Attorney General
432 North Lincoln St.
High Shoals, North Carolina
America National

   Third Party of Interest and Real Party of Interest,
   By Congressional Act Private Attorney General,
   Constitutional Bounty Hunter


**COVER SHEET FOR ADDRESSES OF PARTIES**

RECEIVED
Mail Room
MAR 10 2014
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

*Leave to file granted.*
*J. Kessler - 3/26/14*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

UNITED STATES OF AMERICA  CASE # 1:13 cr 00253
NO KNOW ADDRESS
ENTITY UNDISCLOSED
    Wrongdoer
    Fictitious, Foreign Plaintiff

VS

        Title 28, Ch. 5, District Court, § 88 District of Columbia
        Constitutional Article III Court
        Judge Gladys Kessler

RODNEY DALE CLASS (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077

Rodney-Dale; Class
Private Attorney General
432 North Lincoln St.
High Shoals, North Carolina
America National

    Third Party of Interest and Real Party of Interest,
    By Congressional Act Private Attorney General
    Constitutional Bounty Hunter

        **TAKE JUDICIAL NOTICE:**
        **FRAUD UPON THE COURT,**
        **2ND MOTION For Lawyer A. J.**
        **Kramer To Step Aside As**
        **Ineffective Counsel**

Now COMES, i, a man, rodney-dale; class, as a third pay of interest and real party of interest <u>in this court of record</u> who has filed his own Entry of Appearance into this instant matter (case), with this request **TAKE JUDICIAL NOTICE: FRAUD UPON THE COURT, 2ND MOTION For Lawyer A .J. Kramer To Step Aside As Ineffective Counsel.** Mr. Kramer has expressed his concerns that there is "no possible defense that can be given in this case" as a Public Defender. At no time did Mr. Kramer, in any of the status hearings, bring up a defense that addressed the Second Amendment as the Second Amendment has never been repealed by Congress, and that equal protection under the law (a carry conceal permit was in place for ownership by the Defendant) should have been respected. Mr. Kramer also did not address the terminology that Congressional Legislation gave to the word "firearm", or the Congressional Terminology for the word "person."

The fact that the living man of flesh and blood, a soul/natural person, rodney-dale; class was arrested when there was No Complaint signed by anyone under oath and affirmation and failed to justify a Warrant "AND" that there was not a proper Warrant issued by a "Court" before the Arrest was made. This, in itself, violated "Criminal Rules of Procedure, Rule 4", and the Fourth Amendment of the Constitution. These are all issues that could have been raised in a status hearing to have this case dismissed and it was not done.

It was the job of the United States Attorney's office to make sure that the Capitol Hill Police Department followed proper procedures BEFORE they stopped, detained and arrested the living man of flesh and blood with a soul, a natural person, rodney-dale; class AND the mere fact that the required Miranda warning was Not given until AFTER a full interrogation and a full search of the property (2006 Jeep) transpired at the time of arrest. This, in itself, is a violation and enough to have this case Dismissed.

The United States District Attorney's Office, represented by ANDREW DAVID FINKELMAN, along with both the Municipal (State) D.C. and Federal Public Defender's Offices being aware of these facts, helped suppress these facts from "This Court" and the Superior Court of the District of Columbia thereby placing the living man of flesh and blood with a soul, a natural person, rodney-dale; class at a disadvantage by creating a "Sham Court" hearing in violation of Title 18, section 1346 thereby giving "This Court" the false impression that justice was being served. None of these issues were placed on the record at any time in any of these status hearings by the Public Defender's Office that could in any way "Justify" "just cause" and the Public Defender did Not move to have this case dismissed for procedural violations and improper arrest.

I, a living man, keep hearing from "This Court" on how crucial it is to have proper representation. However, the Public Defender's Office has made it very clear from the beginning of this case that there is absolutely no defense for me, and they're not capable of putting an argument together, on my behalf, to prove my innocence.

"This Court" was made aware that a "Motion" was put before "This Court" to have the Public Defender removed as I, a living man, filed for "Entry of Appearance" into this case and have placed documentation before "This Court" that has yet to be answered by the Prosecution. These issues placed before "This Court" have gone unaddressed and unanswered.

I, a living man, will remind "This Court" of the Taft-Hartley Act of running "a closed union shop"(MONOPOLY) and the Clayton Act as well is the Sherman Antitrust Act. Also, this case has been bonded by the government under government forms sf 23, sf 24 and sf 25 all having a penal sum attached to them to obtain a "Default Judgment" accomplished by an

improper defense caused by the Public Defender's Office "turning a blind eye." "This Court" is aware that the signature of the living man is "collateral" and is sufficient to offset these government bonds and that the signature could pay the "manufactured" debt, but "This Court" is trying to collect even more "money" under the Bankruptcy of 1933.

rodney-dale; class
Private Attorney General
432 North Lincoln Street
High Shoals, North Carolina
Bounty Hunter Seal

live thumb print



Private Attorney General Seal





## PROOF OF SERVICE

Now Comes rodney-dale; class, a real man of flesh and blood in the position of Private Attorney General and Bounty Hunter by Congressional Legislation under the Statutes at Large and by United States Codes created by the United States Congress within the District of Columbia Territory, to set forth my Wishes of Entry of this document and WISHES and REQUIREMENTS that this document is to be read and acted upon by an honorable, flesh and blood man or woman to afford the Declarant remedy: **TAKE JUDICIAL NOTICE: FRAUD UPON THE COURT 2ND MOTION For Lawyer A. J. Kramer To Step Aside As Ineffective Counsel.** This document was sent to the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA Clerk of Courts on this ___17th___ day of March in the year of our Lord 2014 A.D. i, rodney-dale; class, also delivered a copy to the Prosecutor and Public Defender.

*rodney dil Cli*
rodney-dale; class
Private Attorney General
432 North Lincoln Street
High Shoals, North Carolina  28077
itsconstitutional@gmail.com

Cc:

PETER LALLAS (Or designee)
ASSISTANT UNITED STATES ATTORNEY
555 4TH STREET, N.W., ROOM 4110
WASHINGTON, DC 20530

A. J. KRAMER
FEDERAL PUBLIC DEFENDER FOR D.C.
625 INDIANA AVENUE, NW, SUITE 550
WASHINGTON, DC 20004