UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

| | |
|---|---|
| UNITED STATES OF AMERICA<br>NO KNOW ADDRESS<br>ENTITY UNDISCLOSED | CASE # 1:13 cr 00253<br><br>**FILED**<br><br>MAR 27 2014<br><br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |
| Wrongdoer<br>Fictitious, Foreign Plaintiff | |
| VS | |

Title 28, Ch. 5, District Court, § 88 District of Columbia
Constitutional Article III Court
Judge Gladys Kessler

RODNEY DALE CLASS (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077


Rodney-Dale; Class
Private Attorney General
432 North Lincoln St.
High Shoals, North Carolina
American National

    Third party of interest
    By Congressional Act Private Attorney General,
    Constitutional Bounty Hunter

<u>COVER SHEET FOR ADDRESSES OF PARTIES</u>

*Leave to file granted.*
*G. Kessler – 3/27/14*

RECEIVED
Mail Room

MAR 18 2014

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 Constitution Ave N.W.
Washington, District of Columbia 20001

UNITED STATES OF AMERICA
NO KNOW ADDRESS
ENTITY UNDISCLOSED
    Wrongdoer
    Fictitious, Foreign Plaintiff

VS

**CASE # 1:13 cr 00253**

Title 28, Ch. 5, District Court, § 88 District of Columbia
Constitutional Article III Court
Judge Gladys Kessler

RODNEY DALE CLASS (Government
Registered Trade Name, WARD, TRUST, ESTATE, JOINT STOCK SHARE)
POST OFFICE BOX 435
CITY OF HIGH SHOALS
STATE OF NORTH CAROLINA
ZIP CODE 28077

Rodney-Dale; Class
Private Attorney General
432 North Lincoln St.
High Shoals, North Carolina
American National

    Third party of interest
    By Congressional Act Private Attorney General
    Constitutional Bounty Hunter

**BY CONGRESSIONAL ACT: A Right To Act As A Private Attorney General, AND BY CONSTITUTIONAL AUTHORITY: To Receive Letters Of Marque And Reprisal.**

Now Comes, i, a living man of flesh and blood with a soul, rodney-dale; class (Hereinafter referred to as a living flesh and blood man with a soul, a being/natural person), in my official capacity as a Private Attorney General and as a Constitutional Bounty Hunter pursuant to Congressional mandate of the United States Congress and by authority of an act of Congress and by authority of the Constitution of the United States.

i, rodney-dale; class, come before "This Court" with documents stamped by the Committee on the Judiciary of both the House and the Senate with authority given to "This Man" to act as a Private Attorney General and a Constitutional Bounty Hunter pursuant to the U.S. Constitution and pursuant to the laws of the United States.

By the U.S. Constitution and by Congressional authority of the Committee of the Judiciary in both the House and Senate and by Federal Congressmen and Senators in Washington DC, they did receive and sign letters of Marque and Reprisal giving this man, "rodney-dale; class" and the citizens of this nation, Authority to enforce the laws of the United States and to uphold the Constitution of the United States and to bring claims of a civil or criminal nature on whoever violates Constitutionally protected Rights and whoever violate the laws of the United States, under color of law, by those whoever willfully commit perjury, etc., to their sworn oath to uphold the Constitution and the protected rights of the People.

Whereas these are Congressional acts and mandates of authority and under the U.S. Constitution this living flesh and blood man, rodney-dale; class, has been given authority to enforce the laws of the United States and to hold accountable those who accept wages and compensation under a sworn oath to the Constitution and to the laws of the United States under Article VI, clause 2 of the Constitution to protect the People's rights and have failed to do so.

For any government official(s) whoever have been or hired elected or appointed officials to oppose such Congressional Acts given to "this man," rodney-dale; class, or to the People would remove "ALL" Congressional authority under the Judiciary Act of 1789 and all revisions of this Act giving position to "All Courts Officers, the Prosecutor's Office and the US Marshals Service in all Federal Districts. Whereby declaring any actions, judgments, sanctions or orders by "All Courts" invalid, "And" any actions perpetrated by the Prosecutor's Office invalid and void of subject matter and lack of jurisdiction of any Civil or Criminal Claims or to bring any actions under any Act of Congress against the People.

rodney-dale; class
Private Attorney General
432 North Lincoln Street
High Shoals, North Carolina
Bounty Hunter Seal



live thumb print

Private Attorney General Seal



## PROOF OF SERVICE

Now Comes rodney–dale; class, a real man of flesh and blood in the position of Private Attorney General and Bounty Hunter by Congressional Legislation under the Statutes at Large and by United States Codes created by the United States Congress within the District of Columbia Territory, to set forth my Wishes of Entry of this document and WISHES and REQUIRES that this document is to be read and acted upon by an honorable, flesh and blood man or woman to afford the Declarant remedy: **BY CONGRESSIONAL ACT: A Right To Act As A Private Attorney General, AND BY CONSTITUTIONAL AUTHORITY: To Receive Letters Of Marque And Reprisal.** This document was sent to the UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA Clerk of Courts on this 17th day of March in the year of our Lord 2014 A.D. i, rodney–dale; class, also delivered a copy to the Prosecutor.

rodney-dale; class
Private Attorney General
432 North Lincoln Street
High Shoals, North Carolina  28077
itsconstitutional@gmail.com

Cc:

PETER LALLAS (Or designee)
ASSISTANT UNITED STATES ATTORNEY
555 4TH STREET, N.W., ROOM 4110
WASHINGTON, DC 20530