UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | |
| | : | CRIMINAL NO. 13-252 (RWR) |
| **RODNEY CLASS,** | : | TRIAL DATE: OCTOBER 27, 2014 |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S MOTION FOR JURY INSTRUCTION ON CAPITOL GROUNDS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files the following Motion concerning the element of the offense that it occur on Capitol Grounds.

The defendant at the time that he parked his vehicle, with multiple firearms and rounds of ammunition inside, was in the 200 block of Maryland Avenue, SW, an area between 1st Street, Southwest and 3rd Street, Southwest. Because it is necessary to show that the offense took place on Capitol Grounds, the government has proposed the following instruction as to the elements of 40 U.S.C. § 5104(e)(1):

1. Rodney Class carried or had readily accessible a firearm;

2. He did so voluntarily and on purpose, and not by mistake or accident;

3. He did so while on United States Capitol Grounds.

The proposed instruction also states:

> The term United States Capitol Grounds includes certain areas of Washington, D.C., and includes the portion of Maryland Avenue Southwest from the west curb of First Street Southwest to the east curb of Third Street Southwest, including the roadway and sidewalks. It is up to you to decide whether Mr. Class was on United States Capitol Grounds at the time the government alleges Mr. Class was carrying or had readily accessible a firearm.

Although the defendant did not respond, stand by counsel has indicated there might be an objection.

40 U.S.C. § 5102 defines Capitol Grounds as "all squares, reservations, streets, roadways, walks, and other areas as defined on a map entitled "Map showing areas comprising United States Capitol Grounds", dated June 25, 1946, approved by the Architect of the Capitol, and recorded in the Office of the Surveyor of the District of Columbia in book 127, page 8, including all additions added by law after June 25, 1946."[1]  That map shows the relevant portion of Maryland Avenue, Southwest as not part of the Capitol Grounds in 1946.  See Attachment A. The section was amended multiple times.  In 1980, in Public Law 96-432, in the statutes at large, Congress added twenty-two "areas and portions of streets," including "(5) that portion of Maryland Avenue Southwest from the west curb of First Street Southwest to the east curb of Third Street, Southwest [.]"  See generally 1 U.S.C. § § 112-113 (statutes at large provide the legal evidence of laws).   President James Carter signed the measure into law on October 10, 1980.  Consistent with that amendment, Public Law 97-379, in the statutes at large, added "(2) All sidewalks and contiguous areas presently under the jurisdiction of the District of Columbia located on the north side of Maryland Avenue, Southwest, between the west curb of First Street, Southwest and the East curb of Third Street, Southwest."  President Ronald Reagan signed the measure into law on December 22, 1982.  In other words, the statute includes the area to the north of Maryland Avenue, Southwest.

The statute further added the National Garden of the United States Botanical Garden (the area to the south of Maryland Avenue Southwest) to the area comprising Capitol Grounds, stating that "the United States Capitol Grounds shall include . . . (C) . . .and Maryland Avenue,

---

[1] In August 2014 the government alerted the defendant it would use some version of that quoted language. However, upon review of the legislative history, as discussed infra, the government suggestion the language on page 1 of this motion.

Southwest on the north." 40 U.S.C. § 5102(c), a clear reference to the 100 to 300 block of Maryland Avenue, Southwest.

The "areas and portions of streets" of Maryland Avenue, Southwest are therefore sandwiched between additional Capitol Grounds areas to the north and south.  And in defining the jurisdiction of the Capitol Grounds, the statute further grants responsibility to the mayor of the District of Columbia for the maintenance and improvement of those portions of streets "which are situated between the curblines of those streets," including "Maryland Avenue Southwest from First Street Southwest to Third Street Southwest."  40 U.S.C. § 5102(b)(2)(A).  The Architect of the Capitol has approved this formulation in managing the Capitol Grounds.  See Attachment B (including as Capitol Grounds the relevant portion of Maryland Avenue, Southwest).

The area where the defendant allegedly carried or had readily accessible firearms – the 200 block of Maryland Avenue, Southwest – statutorily constituted part of the Capitol Grounds at the time of the offense.  The government of course must prove that the defendant was in the area.  But it is not a disputed issue of fact that the 200 block of Maryland Avenue, Southwest is part of the Capitol Grounds; it is law.  It would be absurd to have the government put on expert testimony during the trial to explain to the jury what the statute says.  See D.C. Criminal Jury Instructions 2.101, 2.102; See also United States v. Simon, 727 F.3d 682, 697 (7th Cir. 2013) (in false income tax return case, court properly excluded proposed testimony of a general overview and operating rules of portions of the Internal Revenue Code; "[t]he court was correct to preclude any witness from generally explaining the law to the jury").  The jury may instead be instructed that the area on which the defendant allegedly had firearms is part of the

Capitol Grounds. The government therefore requests that the Court permit some version of the proposed instruction above.

                                      Respectfully Submitted,

                                      Ronald C. Machen Jr.
                                      United States Attorney
                                      DC Bar #447-889

By:    _____/s/_____
                                      Jeff Pearlman
                                      Assistant United States Attorney
                                      DC Bar #466-901
                                      (202) 252-7228
                                      Jeffrey.pearlman@usdoj.gov