UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | |
| | : | **CRIMINAL NO. 13-253 (RWR)** |
| **RODNEY CLASS,** | : | **TRIAL DATE: OCTOBER 27, 2014** |
| | : | |
| Defendant. | : | |

## ORDER

This matter comes before the Court on the Government's Motion concerning the element of the offense that it occur on Capitol Grounds. For the reasons stated therein and for good cause shown, the Government's Motion for Jury Instruction on Capitol Grounds is hereby granted.

So **ORDERED** this _____ day of October, 2014.

_____
RICHARD W. ROBERTS
Chief Judge, United States District Court
    for the District of Columbia

Copies to:

Jeff Pearlman, AUSA

Rodney Class, Defendant
432 North Lincoln Street
High Shoals, NC 28077

A.J. Kramer, Esq.
Federal Public Defender Service