AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| RODNEY CLASS | ) Case No. CR 13-253 RWR |
| | ) |
| | ) |
| Defendant | ) |

FILED NOV 06 2014 IN THIS OFFICE Clerk U.S. District Court Greensboro, NC

4225

CID 924670

## ARREST WARRANT (Forthwith)

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) **RODNEY CLASS**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☒ Order of the Court

This offense is briefly described as follows:

Date: 10/27/2014

_Issuing officer's signature_

City and state: WASHINGTON, DC

HAROLD SMITH, JR.
_Printed name and title_

### Return

This warrant was received on (date) 10-27-14, and the person was arrested on (date) 10-29-14
at (city and state) Winston-Salem NC

Date: 10-29-14

_Arresting officer's signature_

ART GANDY  DUSM
_Printed name and title_

RECEIVED Mail Room
NOV 10 2014
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia