UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
     v.                        )  Criminal Action No. 13-253 (RWR)
                               )
RODNEY CLASS,                  )
                               )
     Defendant.                )
_____)
```

### ORDER

Pro se defendant Rodney Class has submitted what can be liberally construed as a motion to dismiss the superseding indictment to which he pled guilty.[1]  From what can be discerned from the rambling text, he appears to make at best the following arguments: 1) The prosecutor and his stand-by appointed counsel did not proceed in good faith by having him plead guilty in a case that originally included a charge under a statute that was held unconstitutional; and 2) "Rodney Class" is an artificial entity and not an actual, living party.  Def.'s Mot. for Discharge & Termination at 1-3.

The charge that appeared in the original indictment under the statute that was later held unconstitutional was dismissed on September 9, 2014 on the government's motion [#134].  The

---

[1] Although the defendant has been barred from filing documents on the docket unless they are reviewed and submitted through stand-by counsel, see 9/23/14 Order, the court will grant leave to have this document filed.

charge in the superseding indictment to which Class pled guilty on November 11, 2014 has not been held unconstitutional.  And whatever Class' suspicions may be about the good or bad faith of the lawyers in this case, this Court conducted an extensive colloquy with Class under Federal Rule of Criminal Procedure 11, and found that Class was competent and capable of making a decision, that he understood the nature and consequences of what he was doing, that he entered his plea knowingly and voluntarily and of his own free will, and that there was a factual basis for his entering a plea of guilty.  In addition, it was indeed an actual living Rodney Class, not an artificial entity, who entered the guilty plea.  Accordingly, it is hereby

ORDERED that the defendant's motion be, and hereby is, DENIED.

SIGNED this 26th day of January, 2015.

_____/s/_____
RICHARD W. ROBERTS
Chief Judge