*Let this be filed as Defendant's Motion for Discharge and Termination.*

*[signature], Ch. USDJ*
*1-26-15*

UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVNUE NW
WASHINGTON, DC 20001

UNITED STATES OF AMERICA

CASE 1:13 cr 253 RBR / RWR

Vs

JUDGE RICHARD W. ROBERTS

RODNEY CLASS

Defendant

**FILED**
JAN 28 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**JUDICIAL NOTICE RE: PLEA AGREEMENT NOT GIVEN IN GOOD FAITH; VIOLATIONS OF THIS COURT'S OWN JURISPRUDENCE; MOTION FOR DISCHARGE AND TERMINATION OF CASES 1:13 cr 253 RBR / RWR**

NOW COMES, the Third Party, Rodney-Dale: Class, Agent for RODNEY CLASS, to put this district court on JUDICIAL NOTICE, and the supreme Court, and its Clerk of Courts, whereas and because the supreme Court has become a party to this district court's hearing, and, now, also files a Motion For Discharge and Termination of CASES 1:13 cr 253 RBR / RWR.

My actions are due to various higher court decisions regarding the Un- / Non-Constitutionality of the DC Codes regarding firearm laws, and that both A. J. Kramer and Jeffrey Pearlman being aware of those decisions and knowing that any charges brought

RECEIVED
JAN 28 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RECEIVED
Mail Room
JAN 16 2015
Angela D. Caesar, Clerk of Court

under the Un- / Non-Constitutionality of these charges should have nullified and invalidated any initial charge, contempt charge, further or new charges brought against RODNEY DALE CLASS as the old adjudicated court decisions and recent decisions have / had caused new standards of jurisprudence to prevail as well as upholding the old and in-place standards of jurisprudence !

Neither A. J. Kramer nor Jeffrey Pearlman when placing the Plea Agreement before RODNEY CLASS / Rodney D. Class, or in front of the agent, Rodney-Dale; Class, or this district court "Acted" in good faith by observing standing jurisprudence.

Both A. J. Kramer and Jeffrey Pearlman knew that this agreement placed before this court, and the alleged Defendant, violated the intent of federal statutes under jurisprudence of / for Law and Equity. Both A. J. Kramer and Jeffrey Pearlman knew the federal district court's jurisdiction was either Law or Equity or Diversity and this information was willfully withheld from the alleged Defendant.

Both A. J. Kramer and Jeffrey Pearlman also knew that this district court's operations are supposed to be in jurisprudence, BUT allowed both Law and Equity to be in operation in this court.

This was not disclosed, however it was challenged by the agent, Rodney-Dale; Class, a number of times and the objection / question was denied by this court.

Also, by this court's own jurisprudence under law and equity the jurisdiction of this court had to be challenged before this court's proceedings got underway which was NOT properly allowed by this court.

Both A. J. Kramer and Jeffrey Pearlman knew, under jurisprudence, that a "real party" was required to be damaged in order for Pearlman to act as a Petitioner or Solicitor

2

on behalf of the "UNITED STATES OF AMERICA."

Both A. J. Kramer and Jeffrey Pearlman knew under jurisprudence of law and equity that the "UNITED STATES" is accepted as being an artificial entity / corporation.

Both A. J. Kramer and Jeffrey Pearlman knew, under jurisprudence of law and equity, that RODNEY CLASS was / is subjected to holding the artificial entity / corporation standing as does the "UNITED STATES OF AMERICA" and that A. J. Kramer was appointed Solicitor due to RODNEY CLASS' artificial existence under a LEGAL disability. AN artificial entity is just that, artificial and not real. A. J. Kramer and Jeffery Pearlman are aware that an artificial name can be used by anyone for any reason, BUT there is still required an actual, real, and living damaged party under this court's jurisprudence.

This district court was aware that by appointing A. J. Kramer to RODNEY CLASS that this created a disability under jurisprudence and that A. J. Kramer could not give advice to the agent, Rodney-Dale; Class, as a non-lawyer. To do so would violate his contract / agreement with this court that no lawyer would practice law with a non-lawyer / attorney.

These actions increased the disability of this agent Rodney Dale Class in the favor of Jeffrey Pearlman. Both A. J. Kramer and Jeffrey Pearlman being under this court's jurisprudence are aware that the usage of the word **defendant** is a legal term under law and that **respondent** is the correct term used in Equity.

The statements above are grounds enough to discharge and terminate this case just on the ethical misbehavior revealed alone.

However, your obligation to observe jurisprudence outlined in the maxims below

3

further supports grounds for the discharge and termination of CASES 1:13 cr 253 RBR / RWR.

## THE RULES OF JURISPRUDENCE

"**Maxims Applicable to the Court, and its Orders**.-The following are some of the maxims applicable to the Court, and its orders:

"1. Actus Curia n*(e)*min*(e)*m gravabit. (An act of the Court injures no one.) *(Also translated as: An act of the court shall prejudice no one.)* Whenever the Court makes some order, or does some act, on its own motion, during the progress of a cause, such order or act will not be allowed to work an injury to of the parties. Where a decree has been delayed by the act of the Court, it will, if necessary to justice, be entered *nunc pro tunc.*"

"**Equity will Undo What Fraud has Done.** Fraud, in the sight of a Court of Equity, vitiates every contract or transaction into which it enters, at the election of the injured party; and the Court will not only undo what fraud has done, but will treat acts as done which fraud prevented from being done."

"All Courts require good faith in dealings between men, and reprobate bad faith. But as the Courts of common law respected forms and ceremonies, and would not look beneath a seal, nor behind a writing, nor beyond the verdict of a jury, nor allow a judgment to be questioned, fraud took advantage of these rules, and made forms, writings, seals, verdicts, and judgments its instrumentalities and agencies in effecting its nefarious schemes for the undoing of the weak, the inexperienced, the trusting and the needy."

"When, however, Equity established her Courts, she disregarded forms, discredited ceremonies, peered beneath the seal, looked behind writings, questioned the verdicts of juries, 'and did not hesitate to set aside the solemn judgments of Courts, when found to be unjust and procured by fraud.' "

"**Equity Enforces What Good Reason and Good Conscience Require.** -

4

Whatever good reason and good conscience require a party to do or refrain from, in a matter affecting another's property or rights, that a Court of Chancery requires of him, unless the other party has forfeited his right to relief by his negligence or participation in the wrong done. Conscience itself might make too refined or too unstable a standard for the determination of human conduct in the Courts; and reason of itself might give too wide a range for sharp practices in matters of trade, or other dealings. Indeed, conscience without reason might degenerate into fanaticism, or gross eccentricity; and, on the other hand, reason without conscience might become trickery, or even downright knavery. Hence, in the administration of justice, conscience must be conformed to reason and thus become good conscience, and reason must be conformed to conscience and thus become good reason; and whatever good con- science and good reason unite in approving is the nearest approach to perfect justice man is able to attain. This union of good reason and good conscience is what in a general way is meant by the term Equity in the administration of justice."

"**Equity Jurisprudence, Pleadings, and Practice, in Other States**. - The jurisprudence of Equity, and its pleadings and practice prevail in all the States of the Union; and in many of the States have completely supplanted the pleadings and practice of the common law. There is an opinion, somewhat prevalent that there is no Equity jurisprudence in those States of the Union, which have abolished Chancery Courts. This is a gross misconception. The doctrines, principles and remedies of the Chancery Court are in full force in every State; and while, in many of the States, there are no separate Chancery Courts, in all of them the jurisprudence of Equity is, nevertheless, recognized and administered as fully as though special courts of Equity were in existence. In those States that have adopted the **"code practice,"** or "reformed procedure," as it is variously termed, instead of the principles, pleadings, practice and remedies of the Chancery Court being abolished, in fact the common law practice pleadings and remedies have been abolished, or greatly conformed to those in Chancery."

"Under the so-called" <u>**code practice,"**</u> the principal pleadings are:

"1, The petition or complaint, which is identical with a bill in Chancery;

"2, A special demurrer, and

"3, An answer, which are the same in form and substance as the like pleadings in Chancery. In short, those States that have adopted the **"code practice,"** have, in effect, by statute substituted the simple and pliable pleadings of Chancery for the stiff and cumbrous forms of the **common law**. And so, although in many of the States there are no separate Chancery Courts, yet in those very States the pleadings, practice and principles of Chancery are prevalent, and well nigh supreme, although to some extent under new names. And in the Federal Courts the principles, pleading and practice of Equity remain wholly unimpaired."

"**He who Comes into Equity must Come with Clean Hands**. This maxim declares that a complainant, who has been guilty of un-conscientious conduct or bad faith, or has committed any wrong, in reference to a particular transaction, cannot have the aid of a Court of Equity in enforcing any alleged rights growing out of such transaction. The Court of Chancery was regarded by the ecclesiastical Chancellors as a Temple into which none could come except those who had" clean hands and pure hearts." In the origin of the jurisprudence, the theory was adopted that a Court of Equity interposed only to enforce the requirements of good conscience and good reason, as to matters not equitably determinable in the Law Courts;

"*Consensus facit legem.* (**Consent makes law.**) Whatever the parties agree to, during the progress of a suit, is binding upon the Court, if

"(1) the parties consenting are under no disability, and if

"(2) the consent is in violation of no law. person *sui juris* can do what he pleases with his own, so long as he violates no law and injures no one else. The agreements of parties during the progress of a suit are favored, and the Court cannot go behind them, or revise them, or disregard them, or set them aside, except for fraud, accident or mistake. Where parties consent, they bind the Court; where they do not, or cannot consent, the Court binds them. *Conventio vincit legem.*"

"**General Rule as to Parties, Complainant.** -Any person natural or artificial,

6

may bring a suit in the Chancery Court, **except alien enemies, foreign executors and foreign administrators.** Persons of unsound mind and infants must sue, however, by their regular guardian, or by a next friend; and married women must sue by next friend, except when they sue jointly with their husbands, or sue after being deserted by their husbands, or sue for a divorce. The term artificial persons, includes the United States; the State of Tennessee, the various counties and municipal corporations of the State, and all private corporations, and all partnerships, foreign and domestic."

## **VIOLATIONS OF THIS COURT'S OWN JURISPRUDENCE**

"1) If the prosecution made his claim under Equity the claim in the BILL in Chancery are of two kinds 1, **Original bill**: and 2, **Bill not original**

"1. **Original bill**: Original bills are divided into those, which pray relief, and those, which do not pray relief. Original bills praying relief are sub- divided into two kinds: 1, Bills praying the decree or order of the Court, touching some right claimed by the party exhibiting the bill, in opposition some right, real or supposed, claimed by the party against whom the bill is exhibited, or touching some wrong done in violation of the complainant's right. This is the most common kind of bill. 2, Bills of interpleader, where the person exhibiting the bill claims no right in opposition to the rights claimed by the persons, against whom the bill is exhibited, but prays the decree of the Court, touching the rights of those persons, for the safety of the person exhibiting the bill,

"2) **Bill not original;** Bills not original are either an addition to, or a continuance of, an original bill; or they are for the purpose of cross litigation, or of controverting, or suspending, or reversing some decree or order of the Court, or of carrying it into execution. The former kind includes:

"1. A supple-mental bill, which is merely an addition to the original bill, to supply some defect in its frame or structure.

"2. A bill of revivor, which is a continuance of the original bill, to bring some

new party before the Court, when, by death, or otherwise, the original party has become incapable of prosecuting or defending the suit, and the suit is, as it is in Equity technically called, abated, that is, suspended in its progress. A bill both of revivor and supplement, which continues a suit upon an abatement, and supplies defects which have arisen from some event subsequent to the institution of the suit."

"3) **Complainants Must Show an Interest in the Subject matter of the Suit.** -The complainants must show that they have an interest in the matters sought to be litigated; and this interest must be a present, subsisting interest. It is immaterial how small the interest of any of them may be in the subject- matter of the suit, if the interest be such that its adjudication will enable the Court more completely to settle all the matters in controversy, so as to leave no roots out of which future litigation might spring. The object of a suit in Chancery is not merely to show that the defendant has been guilty of illegal or in- equitable conduct, but to show, also, that the complainant has been injured thereby. The complainant must, therefore, in his bill, show that he has such an interest in the subject-matter of the suit as to entitle him to the aid of the Court in the protection or enforcement of that interest. And if there are more 1) an one complainant, they must all show themselves in some way interested in the subject matter of the suit. It is perfectly immaterial, however, how minute this interest may be, or how distant the possibility of the possession of that minute interest, if it is a present interest. A mere possibility, or even probability, of a future title or interest will not be sufficient to sustain a bill: the title or interest must be present, actual and existing."

"4) **Bill Must Show a Ground of Suit.** - Courts are devised for the relief of persons

"(1) whose legal rights have been withheld or interfered with, or

"(2) who have suffered actionable wrongs, or

"(3) who are seriously threatened with irreparable injury

"They were not instituted

8

"(1) to enable litigious people to harass their neighbors with trivial suits; nor

"(2) are they proper places for the airing of supposed grievances, nor

"(3) the ventilation of supposed wrongs, nor

"(4) even real misdoing when the complainant has not himself suffered, or is not menaced with suffering, by reason of such wrongs or misdoing, or is himself in the wrong. According to our Constitution, Courts are opened to remedy injuries done to one's lands, goods, person or reputation, and Courts of Equity sit to administer justice in matters of grave interest to the parties, and not to gratify their passions or their curiosity, or their spirit of vexatious litigation."

"No man has a right to set in motion the machinery of the Courts of Justice unless he has a good cause of action; and this cause he must so set forth in his bill, that the Court may see it. It is in vain that a complainant has a good ground for relief, unless he properly sets it forth in his bill, and substantiates it by proper proof."

"5. **Bill in Case of a Tender by the Complainant.** -When, on a bill to redeem, or on a bill in any other case where a tender is necessary, it is alleged that a tender was made, the allegations should specify the date and amount of the tender, and to whom and on what account made, and should aver a willingness and readiness on complainant's part to have paid what was tendered at any time after such tender, down to the filing of the bill; and he should continue and repeat such tender in his bill; and the money, or thing, so tendered, should be filed in Court along with the bill, or a sufficient excuse given for not so doing. But if the defendant fail to demur to the bill, or to otherwise take proper exception, because the money, or thing, so tendered, has not been duly filed, he would be deemed to have waived such filing. On a bill to redeem, a tender is not necessary when the right of complainant to redeem is absolutely denied by the defendant."

*(See Exhibit A of current Defendant: RODNEY CLASS.)*

"6) **The Signing of a Bill.** -Every bill, or petition, filed in the Chancery Court must be signed by the complainant, or petitioner, in person, or by his Solicitor. A signing on the back of the bill by the Solicitor has been held sufficient."

"7) The uniform rule of all courts has, therefore, required a defendant who intended to dispute the jurisdiction of the court, to do so at the outset, and before he made any defense to the charges against him on the merits of the controversy; for, if he could show that the court had no right to try him on the case made by the complainant, then good reason and good faith required him to show it in the very beginning, *in limine* as the books say, and thus save time, trouble and expense, and preserve good faith to the court."

"8) **When a Judgment Pro Confesso may be Set Aside.** -The failure of defendant to make any defence to the bill is in the nature of a contempt of Court, as well as an implied confession that the allegations of the bill are true. For these reasons, the law gives the complainant a right to a judgment *pro confesso*, as soon as the defendant's default occurs, and the Court has no right to deny such a judgment and after the judgment has been taken, neither the Chancellor nor the Master has any right to deprive the complainant of the benefit thereof except within the time, in the manner, and on the grounds, specified in the law."

## CONCLUSION

### "No One Should be Condemned without a Chance to be Heard."

"This is a fundamental maxim of Equity jurisdiction, and has always been sacredly observed. Indeed, it is a principle founded in natural justice, and of universal application, that no man can be proceeded against in Court without notice. The inherent love of fair play contained in the maxim, *Audi alteram partel*, has always and everywhere been recognized by all Judges and Courts; and the practice of all tribunals is to render judgment against no one without giving him a chance to be heard in his own behalf. The law delights in giving to every man a day in Court to make his defence. Were the law otherwise no right would be certain, no property safe, no possession secure; fraud would revel in triumph, and trickery be supreme over good faith. No principle of the common

10

law is more sacred than that no man shall be deprived of his property by the judgment of a Court without personal notice that he has been impleaded therein."

*NOTE: Quote marked sentences and sections were taken from "A Treatise On Suits In Chancery" by Henry R. Gibson, Second Edition, 1907.*



By Agent:
Rodney Dale Class

I now move this court and pray for discharge and termination of the actions, CASES 1:13 cr 253 RBR / RWR, based on the facts and evidence presented in this filing, and, whereas this case has been "tendered," under this court's own jurisprudence, with the defendant's, RODNEY CLASS', Birth Certificate two times already and, now, for a third time !

## SERVICE OF CERTIFICATION

By Agent *Rodney Dale Class* on behalf of RODNEY CLASS to be placed before the Clerk of Court on this _10_ Day of January in the year of our Lord 2015 AD.

Cc:
Judge RICHARD W. ROBERTS
JEFFERY PEARLMAN
A. J. KRAMER
Clerk of Court of supreme Court
Clerk of Court of district court